IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Case No.: 4:22-cr-00024-CDL-MSH-006 |
| KAMLESHKUMAR PATEL, | * | |
| | * | |
| Defendant | * | |

**ORDER**

Defendant was indicted on October 11, 2022, ECF No. 1, and arraigned on March 17, 2023, ECF No. 114. A pretrial conference is currently scheduled for April 20, 2023. The Defendant seeks to continue the case. Specifically, counsel for Defendant represents to the Court that Defendant is not fluent in English language, thereby limiting counsel's ability to meaningfully communicate with Defendant. Counsel intends to seek the services of a court certified interpreter for the Indian language. Counsel also needs time to review discovery, to discuss discovery and possible defenses with defendant, investigate possible defenses or locate defense witnesses and file relevant pretrial motions.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court (September 2023), and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **13th** day of **April, 2023**.

S/Clay D. Land

U.S. District Judge